JAMES *et al. v.* MELTON *et al.; et vice versa.*

HILL, J. 1. The motion to dismiss the motion for new trial was properly overruled.

2. The excerpts from the charge to the jury upon which error was assigned stated correct principles of law applicable to the case as made by the pleadings and evidence. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed on both bills of exceptions. All the Justices concur.*

FEBRUARY 14, 1917.

Ejectment. Before Judge Worrill. Early superior court. January 14, 1916.

*Yeomans & Wilkinson* and *Little, Powell, Smith & Goldstein,* for plaintiffs. *C. L. Glessner* and *Walter G. Park,* for defendants.